# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL MIKAIL,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:15-2437** |
| | : | **(JUDGE MANNION)** |
| **v.** | : | |
| **PAM MANAGEMENT, INC. and DRUMS FUEL STOP, INC.,** | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion to dismiss the plaintiff's complaint, (Doc. 1), pursuant to Fed.R.Civ.P. 12(b)(7) and 19, for failure to join two necessary and indispensable parties to this matter, (Doc. 16), is **DENIED**; and

**(2)** the defendants are directed to file their answer to plaintiff's complaint within seven days of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 23, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2437-01-ORDER.wpd